IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 12, 2007

Charles R. Fulbruge III
Clerk

No. 07-20600
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

RAFAEL LUMBRERAS-AMARO, also known as Fransisco Amaro-Lumbreras,
also known as Rafael Lumbreras

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:07-CR-55-ALL

Before REAVLEY, BARKSDALE, AND GARZA, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Rafael Lumbreras-Amaro raises arguments that are foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. See United States v. Pineda-Arrellano, 492 F.3d 624, 625 (5th Cir. 2007), petition for cert. filed (Aug. 28, 2007) (No. 07-6202).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.